FILED

07/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0485

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0485

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

CORY LEVI GOODMAN,

      Defendant and Appellant.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 7-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including August 11, 2023, within which to prepare, serve, and file its response brief.

MP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 28 2023